UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LASHAWN BOOKER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:11-0268 |
| v. | ) | Judge Haynes/Bryant |
| | ) | |
| GAYLE RAY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

<u>O R D E R</u>

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 3).

An initial case management conference is set for **Monday, May 23, 2011, at 10:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to May 23, 2011.

It is so **ORDERED.**

*s/ John S. Bryant*
_____
JOHN S. BRYANT
United States Magistrate Judge